Thursday, December 12, 2013

No. 14–6001/NA. U.S. v. Taylor R. Janowiak. CCA 201300246. Appellant's motion to stay trial proceedings pending interlocutory appeal is denied.

Friday, December 13, 2013

Misc. No. 14–8006/NA. Andrew J. Shifflett, Appellant v. Elizabeth A. Harvey, Lieutenant Colonel, U.S. Marine Corps, Military Judge, Appellee. CCA 201300457. On consideration of the writ-appeal petition and Appellant's motion to stay proceedings, it is ordered that said writ-appeal is hereby denied without prejudice to Appellant's right to raise the issue asserted during the course of normal appellate review, and said motion is hereby denied as moot.

No. 14–0239/AR. U.S. v. Jose A. Martinez. CCA 20120547. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 30, 2013.